**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01627-BNB

RICHARD MARTINEZ,

    Plaintiff,

v.

KEVIN MILYARD, Warden of the Sterling Correctional Facility,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the Motion to Vacate (Doc. No. 24) filed by Plaintiff on February 22, 2011.  This case was dismissed by an order signed on September 8, 2010, and filed the next day.  Therefore, the Plaintiff's motion is DENIED as moot.

    Dated:  February 25, 2011